146

John J. Potter, Plaintiff-Appellee, *v.* John Brewer *et al.*, Defendants-Appellants.

(No. 75-22; )

Third District—July 18, 1975.

PER CURIAM.

Sidney S. Deutsch, of Rock Island, for appellants.

Pierson & Maloney, of Princeton (Matthew Maloney, of counsel), for appellee.